(April 26, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO JOSE ARELLANO, Appellant.—Motion for reargument of point two of appellant's brief granted, and upon reargument original decision affirming judgment of conviction adhered to. We have reviewed the contentions raised regarding the denial of defendant's challenge to the jury panel and find them to be without merit.—Koreman, P. J., Kane, Mahoney, Main and Herlihy, JJ., concur.

(April 28, 1977)

■ In the Matter of ISAAC GOODFRIEND, as Chairman of the Board of Commissioners, Rockland County Sewer District No. 1, Appellant, v OGDEN R. REID, as Commissioner of Department of Environmental Conservation, Respondent.—Appeal from a judgment of the Supreme Court at Trial Term, entered April 24, 1975 in Albany County, which dismissed petitioner's application in a proceeding pursuant to CPLR article 78 after a trial of the issues. Judgment affirmed, without costs, on the opinion of Gibson, J., at Trial Term. Koreman, P. J., Sweeney, Kane, Mahoney and Larkin, JJ., concur. [81 Misc 2d 947.]